IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID LASHON DOUGLAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 5:09-cv-02414-LSC-JEO |
| | ) |
| COMMISSIONER RICHARD ALLEN and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) ) ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus filed by David Lashon Douglas. (Doc. 1). After preliminary review, the magistrate judge assigned this case determined that it was due to be dismissed with prejudice. (Doc. 9). The petitioner has filed objections to the magistrate judge's determination. (Doc. 10).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

Done this 16th day of December 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671