IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID LASHON DOUGLAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 5:09-cv-02414-LSC-JEO |
| | ) |
| COMMISSIONER RICHARD ALLEN | ) |
| and THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby **ORDERED** that this petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE.**

Costs are taxed to the petitioner.

Done this 16th day of December 2010.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671